```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 04 B 32628
   RAQUEL RICO
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-9110

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 11/02/2004 and was confirmed 03/07/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  12.19% from remaining funds.

     The case was paid in full 12/10/2007.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                         PAID         PAID
--------------------------------------------------------------------------
PHILIP V MARTINO         ADMINISTRATIV   NOT FILED          .00          .00
ABN AMRO                 CURRENT MORTG        .00           .00          .00
SMC                      UNSECURED         1002.64          .00       121.92
ECAST SETTLEMENT CORP    UNSECURED         5095.78          .00       619.65
RESURGENT CAPITAL SERVIC UNSECURED         2077.12          .00       252.58
DISCOVER FINANCIAL SERVI UNSECURED         5023.86          .00       610.90
ECAST SETTLEMENT CORP    UNSECURED OTH    15121.17          .00      1847.20
RESURGENT CAPITAL SERVIC UNSECURED             .00          .00          .00
RESURGENT CAPITAL SERVIC UNSECURED             .00          .00          .00
KAREN J PORTER           DEBTOR ATTY       800.00                     800.00
TOM VAUGHN               TRUSTEE                                      247.75
DEBTOR REFUND            REFUND                                          .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              4,500.00

PRIORITY                                      .00
SECURED                                       .00
UNSECURED                                3,452.25
ADMINISTRATIVE                             800.00
TRUSTEE COMPENSATION                       247.75
DEBTOR REFUND                                 .00
                    ---------------    ---------------
TOTALS               4,500.00              4,500.00
```

          PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 32628 RAQUEL RICO

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE